

Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
212 905 0509  T
212 905 0508  F
www.gardylaw.com

**Gardy & Notis, LLP**
Attorneys at Law

December 17, 2018

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square, Room 2204
New York, NY 10007

    Re:    *Leeman v. XPO Logistics Inc., et al.*
           1:18-cv-11741

Dear Judge Gardephe:

    Plaintiff Junita Leeman electronically filed an initial complaint in the above captioned action on December 14, 2018. Due to an error, the Plaintiff's Certification of Securities Fraud Class Action Complaint was omitted as an attachment to the initial complaint. The clerk's office advised Plaintiff's counsel to contact Your Honor's chambers directly. Your Honor's chambers directed us to file this letter. Plaintiff respectfully requests to file a corrected complaint containing the Plaintiff's Certification as an attachment.

                                            Respectfully submitted,

                                            **GARDY & NOTIS, LLP**

                                            Jennifer Sarnelli

JS/rj