UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNITA LEEMAN, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>XPO LOGISTICS INC., BRADLEY JACOBS, JOHN HARDIG, SARAH GLICKMAN,<br><br>Defendants. | Civil Action No. 18-cv-11741-PGG<br><br>Hon. Paul G. Gardephe<br><br>CLASS ACTION |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT Junita Leeman, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action without prejudice to any claim, and with all parties to bear their own fees and costs. A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

Dated: January 7, 2019

Respectfully submitted,

**GARDY & NOTIS, LLP**
*s/ Jennifer Sarnelli*
James S. Notis
Jennifer Sarnelli
Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
(212) 905-0509 phone
(212) 905-0508 fax
jnotis@gardylaw.com
jsarnelli@gardylaw.com

*Attorneys for Plaintiff*

ADDITIONAL COUNSEL:

**BLOCK & LEVITON LLP**
Jeffrey C. Block
155 Federal Street, Suite 400
Boston, Massachusetts 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockesq.com

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Jan. 8, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 7, 2019.

        **GARDY & NOTIS, LLP**
        *s/ Jennifer Sarnelli*
        James S. Notis
        Jennifer Sarnelli
        Tower 56
        126 East 56th Street, 8th Floor
        New York, NY 10022
        (212) 905-0509 phone
        (212) 905-0508 fax
        jnotis@gardylaw.com
        jsarnelli@gardylaw.com

        *Attorneys for Plaintiff*